## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| U.S. SECURITIES AND<br>EXCHANGE COMMISSION,<br><br>        **Plaintiff**<br><br>v.<br><br>**SEAN NATHAN HEALY,**<br><br>        **Defendant**<br><br>and<br><br>**SHALESE RANIA HEALY** and<br>**SAND DOLLAR INVESTING**<br>**PARTNERS, LLC,**<br><br>        **Relief Defendants** | :     **CIVIL ACTION NO. 1:09-CV-1330**<br>:<br>:     **(Judge Conner)**<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### ORDER GRANTING RECEIVER'S APPLICATION
### TO EMPLOY DAMIAN & VALORI LLP AS COUNSEL

THIS CAUSE came before the Court on the Receiver's Application (Doc. 15) to Employ Damian & Valori LLP as Counsel (the "Application"). The Court having considered the Application, and finding that cause exists to grant the Application, it is ORDERED as follows:

1. The Application is GRANTED.

2. The Receiver is authorized to retain Damian & Valori LLP as its counsel, *nunc pro tunc* to July 13, 2009.

                         S/ Christopher C. Conner
                         CHRISTOPHER C. CONNER
                         United States District Judge

Dated:      July 15, 2009