# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | : CIVIL ACTION NO. 1:09-CV-1330 |
| | : |
| | : (Judge Conner) |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| SEAN NATHAN HEALY, | : |
| | : |
| Defendant | : |
| | : |
| and | : |
| | : |
| SHALESE RANIA HEALY and SAND DOLLAR INVESTING PARTNERS, LLC, | : |
| | : |
| Relief Defendants | : |

## ORDER GRANTING RECEIVER'S APPLICATION TO EMPLOY ECKERT SEAMANS CHERIN & MELLOTT, LLC AS ASSOCIATE COUNSEL

THIS CAUSE came before the Court on the Receiver's Application (Doc. 14) to Employ Eckert Seamans as Associate Counsel pursuant to Local Rule 83.9 (the "Application"). The Court having considered the Application, and finding that cause exists to grant the Application, it is ORDERED as follows:

1. The Application is GRANTED.

2. The Receiver is authorized to retain Eckert Seamans Cherin & Mellott, LLC as associate counsel, *nunc pro tunc* to July 13, 2009.

                                                S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge

Dated:    July 15, 2009