## EXHIBIT A

| Year & Make | Model, Color & Mileage | VIN |
|---|---|---|
| 2007 Lincoln | Black Town Car Stretch Limousine 10,481 miles | 1L1FM88W977632915 |
| 2006 Lamborghini | Yellow Murcielago Spyder (Convertible) 2,481 miles | ZHWBU26S46LA01879 |
| 2008 Lamborghini | Silver/Pink Gallardo Spyder (Convertible) 1,306 miles | ZHWGU22T58LA06581 |
| 1991 Porsche | Black 911 Turbo 75,257 miles | WPOAA2965MS480129 |
| 2003 Porsche | Black 911 Turbo 26,032 miles | WP0AB29983S686390 |
| 2007 Ferrari | Red F430 Spyder (Convertible) 2,991 miles | ZFFEW59A570154292 |
| 2007 Bentley | Black Continental GT Convertible 5,085 miles | SCBDR33W57C050378 |
| 2009 Chevrolet | Black C1500 Suburban (9 miles as of 1/27/09) | 1GNFC36J99J125824 |
| Golf Cart | Metallic Burnt Orange "Hummer" design Golf Cart | |