**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Case No. 1:09-cv-1330<br>SEAN NATHAN HEALY )<br>) Judge Conner<br>Defendant, )<br>)<br>and )<br>)<br>SHALESE HEALY and )<br>SAND DOLLAR INVESTING PARTNERS, LLC, )<br>)<br>Relief Defendants. )<br>) | |
| U.S. COMMODITY FUTURES TRADING COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Case No. 1:09-cv-1331<br>SEAN NATHAN HEALY, )<br>) Judge Conner<br>Defendant, )<br>)<br>and )<br>)<br>SHALESE HEALY and )<br>SAND DOLLAR INVESTING PARTNERS, LLC, )<br>)<br>Relief Defendants. )<br>) | |

{00133686;v1}

**ORDER GRANTING RECEIVER'S MOTION FOR
AN ORDER ESTABLISHING BIDDING PROCEDURES
AND APPROVING SALE OF VEHICLES**

THIS CAUSE came before this Court on the Request for Expedited Ruling on Receiver's Motion for an Order Establishing Bidding Procedures and Approving the Sale of Vehicles (the "Motion").[1] The Court has reviewed the Motion, reviewed the record and is otherwise fully advised. Upon due consideration, it is hereby

ORDERED and ADJUDGED that

1. The Motion is GRANTED;

2. The proposed bidding procedures contained in the Motion are approved;

3. The sale of the vehicles in accordance with the terms and conditions of the Vehicle Sales Agreement to the highest and best offeror as determined in the sole discretion of the Receiver is approved;

4. The Receiver is authorized to enter into and execute the Vehicle Sales Agreement and all related title documents required to effectuate the sale of each Vehicle;

5. The sale of each Vehicle to the Successful Bidder(s), as

---

[1] Any capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

{00133686;v1}

2

determined in the sole discretion of the Receiver is approved without further order of this Court;

6. The Successful Bidder which closes the sale of each Vehicle is granted title to such Vehicles free and clear of all liens, claims, encumbrances and interests;

7. The Defendant and Relief Defendants are each ordered to execute any and all documents necessary to consummate the sale of each of the Vehicles listed in Exhibit A to the Motion;

8. If no Qualified Bidder submits a bid equal to or greater than the Reserve Price of a particular Vehicle, then that Vehicle will not be sold at the auction proposed in the Motion, and, thereafter, the Receiver may continue to market such Vehicle and sell it to any purchaser who will pay an amount equal to or greater than the Reserve Price set at the auction, as acceptable to the Receiver.

DONE and ORDERED in Harrisburg County, Pennsylvania, on this ____ day of _____, 2009.

_____
CHRISTOPHER C. CONNER
UNITED STATES DISTRICT COURT JUDGE

Copies Furnished To:

*Counsel of Record*

{00133686;v1}

3