# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | : : | CIVIL ACTION NO. 1:09-CV-1330 |
| Plaintiff | : : | (Judge Conner) |
| v. | : : | |
| SEAN NATHAN HEALY, | : | |
| Defendant | : : | |
| and | : : | |
| SHALESE RANIA HEALY and SAND DOLLAR INVESTING PARTNERS, LLC, | : : : | |
| Relief Defendants | : | |

---

| | | |
|---|---|---|
| U.S. COMMODITY AND FUTURES TRADING COMMISSION, | : : | CIVIL ACTION NO. 1:09-CV-1331 |
| Plaintiff | : : | (Judge Conner) |
| v. | : : | |
| SEAN NATHAN HEALY, | : | |
| Defendant | : : | |
| and | : : | |
| SHALESE RANIA HEALY and SAND DOLLAR INVESTING PARTNERS, LLC, | : : : | |
| Relief Defendants | : | |

## **ORDER**

AND NOW, this 24th day of November, 2009, upon consideration of the notice of withdrawal of motion to stay (U.S. Securities and Exchange Commission v. Healy, Civ. A. No. 1:09-CV-1330 (M.D. Pa. filed July 12, 2009) [hereinafter Case No. 1330], Doc. 70; U.S. Commodity and Futures Trading Commission v. Healy, Civ. A.

No. 1:09-CV-1331 (M.D. Pa filed July 12, 2009) [hereinafter Case No. 1331], Doc. 64), filed by defendant Sean Nathan Healy and Relief Defendant Shalese Rania Healy, it is hereby ORDERED that the motion to stay (Case No. 1330, Doc. 64; Case No. 1331, Doc. 58) and the accompanying brief in support (Case No. 1330, Doc. 67; Case No. 1331, Doc. 61) are WITHDRAWN.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge