# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **U.S. SECURITIES AND EXCHANGE COMMISSION,** | : | **CIVIL ACTION NO. 1:09-CV-1330** |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **SEAN NATHAN HEALY,** | : | |
| Defendant | : | |
| | : | |
| and | : | |
| | : | |
| **SHALESE RANIA HEALY and SAND DOLLAR INVESTING PARTNERS, LLC,** | : | |
| Relief Defendants | : | |

---

| | | |
|---|---|---|
| **U.S. COMMODITY AND FUTURES TRADING COMMISSION,** | : | **CIVIL ACTION NO. 1:09-CV-1331** |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **SEAN NATHAN HEALY,** | : | |
| Defendant | : | |
| | : | |
| and | : | |
| | : | |
| **SHALESE RANIA HEALY and SAND DOLLAR INVESTING PARTNERS, LLC,** | : | |
| Relief Defendants | : | |

## **ORDER**

AND NOW, this 8th day of March, 2010, upon consideration of the second interim motion for an order authorizing payment of fees and expenses (U.S. Securities and Exchange Commission v. Healy, Civ. A. No. 1:09-CV-1330 (M.D. Pa. filed July 12, 2009) [hereinafter Case No. 1330], Doc. 79; U.S. Commodity and

Futures Trading Commission v. Healy, Civ. A. No. 1:09-CV-1331 (M.D. Pa filed July 12, 2009) [hereinafter Case No. 1331], Doc. 73), filed by the court-appointed receiver, Melanie E. Damian, Esq. (the "receiver"), and upon further consideration of the order of court (Case No. 1330, Doc. 81; Case No. 1331, Doc. 75) dated February 23, 2010, directing defendant and relief defendants to file a brief in opposition to the motion (Case No. 1330, Doc. 79; Case No. 1331, Doc. 73), and it appearing that, as of the date of this order, neither defendant nor relief defendants have filed a brief in opposition, see L.R. 7.6, it is hereby ORDERED that:

1. The motion (Case No. 1330, Doc. 79; Case No. 1331, Doc. 73) is DEEMED unopposed. See L.R. 7.6.

2. The motion (Case No. 1330, Doc. 79; Case No. 1331, Doc. 73) is GRANTED. The court hereby approves the full amount of fees and costs requested and authorizes payment of eighty percent (80%) of the fees sought and the full amount of costs sought as follows:

    a. $79,260.40 for fees and $5,235.86 for costs to the receiver and Damian & Valori, LLP; and

    b. $2,943.20 for fees and $610.17 for costs to Semanoff Ormsby Greenberg & Torcia, LLC; and

    c. $43,732.45 for costs to Kaufman Rossin & Co.; and

    d. $551.50 for costs to Bissell Web Design.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge