# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **U.S. SECURITIES AND EXCHANGE COMMISSION,** | : | CIVIL ACTION NO. 1:09-CV-1330 |
| **Plaintiff** | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | |
| **SEAN NATHAN HEALY,** | : | |
| **Defendant** | : | |
| | : | |
| and | : | |
| | : | |
| **SHALESE RANIA HEALY and SAND DOLLAR INVESTING PARTNERS, LLC,** | : | |
| **Relief Defendants** | : | |

---

| | | |
|---|---|---|
| **U.S. COMMODITY FUTURES TRADING COMMISSION,** | : | CIVIL ACTION NO. 1:09-CV-1331 |
| **Plaintiff** | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | |
| **SEAN NATHAN HEALY,** | : | |
| **Defendant** | : | |
| | : | |
| and | : | |
| | : | |
| **SHALESE RANIA HEALY and SAND DOLLAR INVESTING PARTNERS, LLC,** | : | |
| **Relief Defendants** | : | |

## **ORDER**

AND NOW, this 28th day of July, 2010, upon consideration of the motion to compel the receiver to return certain assets (U.S. Securities and Exchange Commission v. Healy, Civ. A. No. 1:09-CV-1330 (M.D. Pa. filed July 12, 2009) [hereinafter Case No. 1330], Doc. 92; U.S. Commodity Futures Trading Commission

v. Healy, Civ. A. No. 1:09-CV-1331 (M.D. Pa filed July 12, 2009) [hereinafter Case No. 1331], Doc. 86), filed by relief defendant Shalese Rania Healy, and following a hearing on the date hereof, and for the reasons stated on the record, it is hereby ORDERED that the motion (Case No. 1330, Doc. 92; Case No. 1331, Doc. 86) is GRANTED in part and DENIED in part as follows:

1. The motion is GRANTED insofar as relief defendant seeks an order compelling the return of two personal items that were given as gifts to Ms. Healy's minor children: a plate with Noah's Ark on it and a figurine of Noah's Ark. The court directs these items to be returned to counsel for relief defendant Healy.

2. The motion is DENIED in all other respects.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge