# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **U.S. SECURITIES AND EXCHANGE COMMISSION,** | : | **CIVIL ACTION NO. 1:09-CV-1330** |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| | : | |
| **SEAN NATHAN HEALY,** | : | |
| **Defendant** | : | |
| and | : | |
| | : | |
| **SHALESE RANIA HEALY and SAND DOLLAR INVESTING PARTNERS, LLC.** | : | |
| **Relief Defendants** | : | |

-------------------------------------------------------------------------------

| | | |
|---|---|---|
| **U.S. COMMODITY AND FUTURES TRADING COMMISSION,** | : | **CIVIL ACTION NO. 1:09-CV-1331** |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| | : | |
| **SEAN NATHAN HEALY,** | : | |
| **Defendant** | : | |
| and | : | |
| | : | |
| **SHALESE RANIA HEALY and SAND DOLLAR INVESTING PARTNERS, LLC.** | : | |
| **Relief Defendants** ; | : | |

# **O R D E R**

**AND NOW,** this 18th day of October, 2010, upon consideration of the fifth interim motion for an order authorizing payment of fees and expenses (U.S. Securities and Exchange Commission v. Healy, Civ. A. No. 1:09-CV-1330 (M.D. Pa. filed October 15, 2010) [hereinafter Case No. 1330], Doc. 119; U.S. Commodity and Futures Trading Commission v. Healy, Civ. A. No. 1:09-CV-1331 (M.D. Pa. filed

October 15, 2010) [hereinafter Case No. 1331], Doc. 116), filed by the court-appointed receiver, Melanie E. Damian, Esq. (the "receiver), and it appearing that the U.S. Securities and Exchange Commission and the Commodity Futures Trading Commission do not oppose the motion, it is hereby ORDERED that:

1. The motion (Case No. 1330, Doc. 119; Case No. 1331, Doc. 116) is GRANTED. The court hereby approves the full amount of fees and costs requested and authorizes payment of eighty percent (80%) of the fees sought and the full amount of costs sought as follows:

    a. $60,773.60 for fees and $1,768.43 for costs to the Receiver and Damian & Valori, LLP; and

    b. $1,258.40 for fees and $348.80 for costs to Semanoff Ormsby Greenberg & Torchia, LLC.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge