# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **U.S. SECURITIES AND EXCHANGE COMMISSION,** | : | **CIVIL ACTION NO.  1:09-CV-1330** |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **SEAN NATHAN HEALY,** | : | |
| **Defendant** | : | |
| | : | |
| and | : | |
| | : | |
| **SHALESE RANIA HEALY and SAND DOLLAR INVESTING PARTNERS, LLC,** | : | |
| **Relief Defendants** | : | |

-------------------------------------------------------------------------

| | | |
|---|---|---|
| **U.S. COMMODITY FUTURES TRADING COMMISSION,** | : | **CIVIL ACTION NO.  1:09-CV-1331** |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **SEAN NATHAN HEALY,** | : | |
| **Defendant** | : | |
| | : | |
| and | : | |
| | : | |
| **SHALESE RANIA HEALY and SAND DOLLAR INVESTING PARTNERS, LLC,** | : | |
| **Relief Defendants** | : | |

## ORDER

AND NOW, this 21st day of June, 2011, upon consideration of the motion for an order approving initial distribution of funds to claimants with allowed claims (U.S. Securities and Exchange Commission v. Healy, Civ. A. No. 1:09-CV-1330 (M.D. Pa. filed July 12, 2009) [hereinafter Case No. 1330], Doc. 136; U.S. Commodity

<u>Futures Trading Commission v. Healy</u>, Civ. A. No. 1:09-CV-1331 (M.D. Pa filed July 12, 2009) [hereinafter Case No. 1331], Doc. 138), filed by the court-appointed receiver, Melanie E. Damian, Esq. (the "receiver"), and upon further consideration of the order of court (Case No. 1330, Doc. 138; Case No. 1331, Doc. 140), directing defendant and/or relief defendants to file a brief in opposition to the receiver's motion (Case No. 1330, Doc. 136; Case No. 1331, Doc. 138) on or before June 17, 2011, and it appearing that, as of the date of this order, neither defendant nor relief defendants have filed a brief in opposition, <u>see</u> L.R. 7.6, and it further appearing that the U.S. Securities and Exchange Commission and the U.S. Commodity Futures Trading Commission do not oppose the relief sought in the receiver's motion (Case No. 1330, Doc. 136; Case No. 1331, Doc. 138), it is hereby ORDERED that:

1. The motion (Case No. 1330, Doc. 136; Case No. 1331, Doc. 138) is DEEMED unopposed. <u>See</u> L.R. 7.6.

2. The motion (Case No. 1330, Doc. 136; Case No. 1331, Doc. 138) is GRANTED.

3. The receiver is authorized to make an initial distribution totaling $3,276,144.80, as set forth in the motion, to Mr. Wright and the Madeira Group.

4. The receiver is authorized to retain a reserve fund in the amount of $378,177.01, as set forth in the motion.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge