**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **U.S. SECURITIES AND** | : | **CIVIL ACTION NO.  1:09-CV-1330** |
| **EXCHANGE COMMISSION,** | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| **v.** | : | |
| | : | |
| **SEAN NATHAN HEALY,** | : | |
| Defendant | : | |
| | : | |
| **and** | : | |
| | : | |
| **SHALESE RANIA HEALY and** | : | |
| **SAND DOLLAR INVESTING** | : | |
| **PARTNERS, LLC,** | : | |
| Relief Defendants | : | |

------------------------------------------------------------------------

| | | |
|---|---|---|
| **U.S. COMMODITY FUTURES** | : | **CIVIL ACTION NO.  1:09-CV-1331** |
| **TRADING COMMISSION,** | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| **v.** | : | |
| | : | |
| **SEAN NATHAN HEALY,** | : | |
| Defendant | : | |
| | : | |
| **and** | : | |
| | : | |
| **SHALESE RANIA HEALY and** | : | |
| **SAND DOLLAR INVESTING** | : | |
| **PARTNERS, LLC,** | : | |
| Relief Defendants | : | |

## ORDER

AND NOW, this 9th day of December, 2011, upon consideration of the ninth

motion for an order authorizing payment of fees and expenses (U.S. Securities and

Exchange Commission v. Healy, Civ. A. No. 1:09-CV-1330 (M.D. Pa. filed July 12,

2009) [hereinafter Case No. 1330], Doc. 145; U.S. Commodity Futures Trading

<u>Commission v. Healy</u>, Civ. A. No. 1:09-CV-1331 (M.D. Pa filed July 12, 2009)

[hereinafter Case No. 1331], Doc. 148), filed by the court-appointed receiver,

Melanie E. Damian, Esq. (the "receiver"), and upon further consideration of the

order of court (Case No. 1330, Doc. 146; Case No. 1331, Doc. 149) dated November

17, 2011, directing defendant and/or relief defendants to file a brief in opposition to

the receiver's motion (Case No. 1330, Doc. 145; Case No. 1331, Doc. 148) on or before

December 1, 2011, and it appearing that, as of the date of this order, neither

defendant nor relief defendants have filed a brief in opposition, <u>see</u> L.R. 7.6, and it

further appearing that the U.S. Securities and Exchange Commission and the U.S.

Commodity Futures Trading Commission do not oppose the relief sought in the

receiver's motion, it is hereby ORDERED that:

1.  The motion (Case No. 1330, Doc. 145; Case No. 1331, Doc. 148) is
    DEEMED unopposed.  <u>See</u> L.R. 7.6.

2.  The motion (Case No. 1330, Doc. 145; Case No. 1331, Doc. 148) is
    GRANTED.  The court hereby approves the full amount of fees and
    costs requested and authorizes payment of eighty percent (80%) of the
    fees sought and the full amount of costs sought as follows:

    a.  $ 13,509.20 for fees and $ 58.58 for costs to the receiver and
        Damian & Valori, LLP; and

    b.  $ 145.60 for fees and $ 31.38 for costs to Semanoff Ormsby
        Greenberg & Torchia, LLC; and

    c.  $25.00 for costs to Bissell Web Design.

   S/ Christopher C. Conner   
CHRISTOPHER C. CONNER
United States District Judge
